**No. 2009–1134.**

United States Court of Appeals, Federal Circuit.

Jan. 16, 2009.

**MATLINK, INC. and Craig Freeman, Plaintiffs–Appellants,**

v.

**HOME DEPOT U.S.A., INC., Defendant–Appellee,**

and

**Lowe's HIW, Inc., Defendant–Appellee.**

No. 2009–1128.

United States Court of Appeals, Federal Circuit.

Jan. 21, 2009.

Raymond T. Chen, Patent & Trademark Office, Arlington, VA, for Jon W. Dudas, Director, Patent and Trademark Office.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).